**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 12-7631**

_____

UNITED STATES OF AMERICA,

                    Plaintiff – Appellee,

          v.

SHANITA MCKNIGHT,

                    Defendant - Appellant.

_____

Appeal from the United States District Court for the District of
South Carolina, at Florence.  Terry L. Wooten, Chief District
Judge.  (4:07-cr-00787-TLW-1; 4:11-cv-02415-TLW)

_____

Submitted:  February 26, 2013       Decided:  February 28, 2013

_____

Before MOTZ, WYNN, and DIAZ, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Shanita McKnight, Appellant Pro Se. Jeffrey Mikell Johnson,
OFFICE OF THE UNITED STATES ATTORNEY, Columbia, South Carolina,
for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Shanita McKnight appeals the district court's order denying relief on her 28 U.S.C.A. § 2255 (West Supp. 2012) motion. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. United States v. McKnight, Nos. 4:07-cr-00787-TLW-1; 4:11-cv-02415-TLW (D.S.C. filed July 30 & entered July 31, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED